**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PRINCIPAL LIFE INSURANCE COMPANY,** | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CA 05-0121-C |
| | : | WO |
| **CYNTHIA COORS,** | : | |
| Defendant. | : | |

## ORDER

On April 15, 2005, plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1).  It is therefore **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may reinstate the action within 30 (thirty) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his, her or its own costs, unless otherwise agreed

by the parties.

       DONE AND ORDERED this 18th day of April, 2005.

                           s/WILLIAM E. CASSADY
                           UNITED STATES MAGISTRATE JUDGE